TAYLOR, RESPONDENT, *v.* COMBS ET AL., APPELLANTS.

(No. 3,673.)

(Submitted May 17, 1916.   Decided June 12, 1916.)

[158 Pac. 474.]

*Justices' Courts—Judgment by Default—Appeal to District Court.*

1. An appeal to the district court lies from a judgment by default rendered by a justice of the peace.

*Appeal from District Court, Lewis and Clark County; J. M. Clements, Judge.*

ACTION by George Taylor against J. Combs and another. From a judgment of the district court, dismissing an appeal from a judgment in a justice of the peace court, defendants appeal. Reversed and remanded.

*Messrs. Day & Mapes,* for Appellants, submitted a brief; *Mr. E. C. Day* argued the cause orally.

*Mr. E. D. Phelan,* for Respondent, submitted a brief and argued the cause orally.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

This action originated in a justice of the peace court. Plaintiff was awarded judgment, and defendants appealed to the district court. In the district court plaintiff interposed a motion to dismiss the appeal on the ground that the judgment of the justice court was a judgment by default. The motion was sustained, and from the judgment which followed, this appeal is prosecuted.

Assuming, without deciding, that the judgment rendered by [1] the justice of the peace court was a judgment by default, the case, upon principle, cannot be distinguished from *Maxey*

v. *Cooper,* 21 Mont. 456, 54 Pac. 562, and upon the authority of that case the judgment of the district court is reversed and the cause is remanded for further proceedings.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.